# EXHIBIT 1

# EXHIBIT 1

Exec. Leadership Training - Learn Ivy League Leadership At eCornell. Best In Class Training. - From LTG Linkedin

# Alan Potasnik

Senior Partner at The Point Betsie Internetwork

Indianapolis, Indiana Area | Information Technology and Services

| | |
|---|---|
| Current | - **Partner** at **The Point Betsie Internetwork** <br> - **Senior Partner** at **The Point Betsie Internetwork** |
| Education | - Central Michigan University <br> - Indiana University - Kelley School of Business |
| Connections | 6 connections |
| Websites | - My Company <br> - My Blog |
| Public Profile | http://www.linkedin.com/pub/alan-potasnik/13/611/24b |

Expanded profile views are available only to premium account holders. Upgrade your account.

## Contact Settings

**Interested In**
- getting back in touch

**Send a message to Alan Potasnik**
Send InMail

Customer Service | About | Blog | Careers | Advertising | Recruiting Solutions | Tools | Mobile | Developers | Language | Upgrade Your Account

LinkedIn Corporation © 2010

8/4/2010 4:55 PM

# EXHIBIT 2

# EXHIBIT 2

# reviewjournal.com



PRINT THIS

Powered by Clickability

Jun. 09, 2010
Copyright © Las Vegas Review-Journal

## EDITORIAL: Now the real battle begins

### Race must be about Obama-Reid agenda

As the votes rolled in Tuesday evening it became apparent that Nevada's consummate conservative outsider, the former six-year Northern Nevada assemblywoman who used her own money to fight the state Supreme Court's appalling "Guinn v. Legislature" tax-hike decision through the courts, the woman whose anti-spending positions often put her on the losing side of votes tallied "41-to-Angle," Sharron Angle was going to win the right to challenge unpopular Democratic U.S. Sen. Harry Reid this fall.

Casino owner and former state Sen. Sue Lowden was the early front-runner. National Republicans anxious for a credible Reid challenger found instant true love with the attractive former TV newscaster, beauty queen, and USO showgirl, now a successful casino executive who carried herself well and her hefty family checkbook even better.

But in a three-way race, as famous coach's son Danny Tarkanian pounded his demand to cut off all benefits for illegal immigrants, Ms. Lowden's more moderate positions looked pale. Ms. Lowden said there were some parts of the Obamacare socialized medicine scheme we should keep -- another bowl of lukewarm oatmeal offered to frustrated conservatives in search of red meat.

As Ms. Angle piled up endorsements from the Tea Party Express and Gun Owners of America, it often seemed Ms. Lowden was running a moderate Republican campaign better suited to the last century than to a recession-wracked nation seeking a firebrand to rally the forces of freedom against the Obamanation.

In the end, the Angle surge is the best evidence yet that the "Tea Party" phenomenon is real.

Will this newfound constitutional and philosophical rigor mobilize the troops and carry the GOP to victory in November? Now comes a crucial month. Harry Reid -- the real career politician -- is doubtless chafing at the bit to condemn Ms. Angle as a "budget cutter with an ax," liable to close down whole federal departments, starting with the federal Department of Education.

Which is exactly what she was nominated for.

Handed a silver coin at the conclusion of her victory speech, Ms. Angle said "This is what we've got to get back to -- a dollar that is solid and based on solid Nevada silver."

What, instead of melt-in-your-hand Federal Reserve Notes?

It's a new day in America. Americans have seen the ravenous, job-destroying far-left "bailout" agenda uncaged, and they don't like it. Now is not the time to go on the defensive. In fact, it's the Democrats who have to constantly change the subject, who dare not advance their current agenda in straightforward terms, lest they be laughed out of town.

Ms. Angle's task is to tie Mr. Reid to the Barack Obama agenda he's been marshaling through the Congress for the past year and a half. That should now be the subject of debate.

**Find this article at:**
http://www.lvrj.com/opinion/now-the-real-battle-begins-95938294.html

☐ Check the box to include the list of links referenced in the article.

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 3

# EXHIBIT 3

Share    Report Abuse    Next Blog»      Create Blog    Sign In



**ROLL CALL AMERICA**

*"Fair Conservative Opinion."*

**ANNOY A LIBERAL**

*Order an ANNOY A LIBERAL bumper magnet - $3.95*



**I KNOW JACK LIBERAL**

*Order a $21.95 I KNOW JACK LIBERAL white T in L or XL*



**EMAIL US**

editor@rollcallamerica.com



**BLOG ARCHIVE**

▼ 2010 (171)
    ▼ June (21)
        Illegal Immigrants Sue Citizen And Win...
        Sparing Children from Poverty
        Saturday Thought For The Day
        Removing Pro-Life Position
        Exposing Our Friends To A Lynch Mob
        Nevada: Now the real battle begins
        Clogging Washington's Biggest Mouths
        What Helen Thomas Missed
        Comedy Central Protects Islam

MONDAY, JUNE 21, 2010

## Illegal Immigrants Sue Citizen And Win...



POSTED BY ROLL CALL AMERICA AT 3:00 AM    0 COMMENTS
LABELS: ILLEGAL IMMIGRATION LAW, ROLL CALL AMERICA



SUNDAY, JUNE 20, 2010

## Sparing Children from Poverty

From The Heritage Foundation

A wedding ring on Dad's finger is more than a symbol of his commitment to Mom. It also proves to be the ultimate anti-poverty weapon for their children. Now that's something to celebrate and encourage this Father's Day. It's fitting on Sunday to honor all the fathers who strive to keep that commitment, even when they grow weary.

"The principal cause of child poverty in the U.S. is the absence of married fathers in the home," Robert Rector, senior research fellow in domestic policy studies at The Heritage Foundation, writes in a new paper. "Marriage is a powerful weapon in fighting poverty. Being married has the same effect in reducing poverty as adding five to six years to a parent's education level."

In the paper, accompanied by 12 new charts on marriage and poverty, Rector illustrates the severe social costs of record-high births outside marriage – and of homes without fathers.

Saturday Thought For The Day
Indiana's U.S. Senate Race
Who's To Thank? Hillary?
Witch Of A Woman Opens Mouth -Inserts Broom
This Congress Has No Shame
Washington Will Take Care Of You
YouCut - A Project to Change the Spending Culture ...
Saturday Thought For The Day
Netanyahu: "No Love Boat"
Eric Holder Refuses To Say "Radical Islam"
Rand Paul Reacts To Criticism
Rape Suspect Deported Four Times

▶ May (30)
▶ April (30)
▶ March (32)
▶ February (28)
▶ January (30)

▶ 2009 (285)

ABOUT ROLL CALL AMERICA
Roll Call America
Roll Call America



The escalating rate of births to unmarried women – four of every 10 babies overall, but more than half the Hispanic births and a staggering seven of every 10 births for blacks – is driving the collapse of marriage in America, especially in lower-income neighborhoods.

As Rector writes:

Marriage matters. But mentioning the bond between marriage and lower poverty violates the protocols of political correctness. Thus, the main cause of child poverty remains hidden from public view. Since the decline of marriage is the principal cause of child poverty and welfare dependence in the U.S. ...it would seem reasonable for government to take steps to strengthen marriage.

About two of every three poor children live in single-parent households. Yet if poor single moms married the fathers of their children, nearly two out of three would be lifted out of poverty.

And contrary to the mainstream media line, teen pregnancy is a small part of the picture: In 2008, the most recent year for which data is available, babies born to girls under 18 accounted for 130,000, or 7.5 percent, of the total 1.72 million out-of-wedlock births.

It's not as simple as young men "manning up" and becoming the lawfully wedded husbands of their girlfriends, live-in or otherwise. These unmarried mothers tend to be in their 20s, without much income or education. They come to depend on public assistance; many learn how to work the welfare system.

Research shows that a child raised in a home where Dad is married to Mom is much less likely to live in poverty, get arrested as a juvenile, be suspended or expelled from school, be treated for emotional or behavioral problems, or drop out before completing high school. Taxpayers foot the bill for more than $300 billion a year in means-tested government spending on low-income single moms – and, in relatively rare cases, single dads.

One budding national leader, himself a young husband and father, nailed the poverty portion of the tragedy of absent fathers when he cited similar statistics five years ago and wrote:

In light of these facts, policies that strengthen marriage for those who choose it and that discourage unintended births outside of marriage are sensible goals to pursue.

Those words come from husband, father and then-Senator Barack Obama's 2006 best-seller "The Audacity of Hope." He was correct then, and he should implement marriage-strengthening policies today.

To reinvigorate marriage in lower-income neighborhoods, Rector suggests, government could start by providing facts on the role of healthy marriages in reducing poverty and improving the well-being of children. Why not teach skills for selecting a wife or husband? Why not explain the importance of developing a stable marital relationship before bringing children into the world?

Nothing could be further from government practice. In social service agencies, welfare offices, schools and popular culture across America, what Rector calls "a deafening silence" reigns on the topic of marriage. The welfare system actively penalizes low-income couples who do get married. He adds:

For most on the Left, marriage is, at best, an antiquated institution, a red-state superstition. From this viewpoint, the real task is to expand government subsidies as a post-marriage society is built.

Rather than adopt policies to reverse the 50-year spike in births outside marriage, though, President Obama in his 2011 budget "would eliminate the one program dedicated to encouraging healthy marriage," notes Jennifer A. Marshall, Heritage's director of domestic policy studies.

Marshall writes:

In its place would be a program promoting a notion of 'fatherhood' that doesn't involve the father being married or in the home. The facts speak for themselves. It's time more policymakers noticed what the facts are saying.

Something to think about, Mr. President. Happy Father's Day.

POSTED BY ROLL CALL AMERICA AT 3:00 AM   0 COMMENTS
LABELS: FATHERHOOD;ROLL CALL AMERICA



SATURDAY, JUNE 19, 2010

## Saturday Thought For The Day



"Fed up with government gridlock, but put off by the flavor of the Tea Party, people in cities across the country are offering an alternative: the Coffee Party....'I'm in shock, just the level of energy here,' said the founder, Annabel Park, a documentary filmmaker who lives outside Washington. 'In the beginning, I was actively saying, "Get in touch with us, start a chapter." Now I can't keep up. We have 300 requests to start a chapter that I have not been able to respond to.'" -- Times reporter Kate Zernike's story on the newly-launched "Coffee Party" movement, begun by Park, who worked for Obama's presidential campaign in 2008.

POSTED BY ROLL CALL AMERICA AT 3:00 AM   0 COMMENTS
LABELS: ANNABEL PARK, ROLL CALL AMERICA



FRIDAY, JUNE 18, 2010

## Removing Pro-Life Position

by Steven Ertelt
LifeNews.com Editor

Tallahassee, FL (LifeNews.com) -- In the latest development in the race for the open U.S. Senate seat in

Florida, Governor Charlie Crist is coming under fire for removing the pro-life section of his campaign website. This comes on the day the legislature sent him a bill that would allow women to see an ultrasound of their baby before an abortion.



Crist has already hinted he will veto the legislation, which also allows Florida to opt out of some of the abortion funding under the new national health care law President Barack Obama signed.

That he would potentially veto a pro-life bill with broad support from voters is another indication of his strategy to leave the Republican Party and run as an independent.

Knowing he may veto the bill, the campaign of pro-life Republican candidate Marco Rubio informed LifeNews.com today that Crist's campaign scrubbed his web site of a section touting Crist as a supposedly pro-life candidate.

"Now that he has left the Republican Party in order to win an election and is trying to attract liberal votes, the Crist campaign yesterday removed the 'pro-life/family' issue page of its website," Rubio spokesman Alex Burgos told LifeNews.com today. "In doing so, Charlie Crist eliminated any reference to being 'pro-life' in a transparent attempt to hide his position in order to win an election."

"Crist is flip-flopping again," Burgos continued. "When he was a Republican trying to win the Republican primary, Crist repeatedly stated he was pro-life and even said he would 'fight for pro-life legislation if he's elected to the Senate.'"

"Will Charlie Crist flip-flop further, no longer call himself 'pro-life' and revert back to his 1998 pro-choice position?" he asks.

The Rubio campaign made a screen shot of the pro-life section formerly appearing on the Crist web site.

On April 30th, the Florida Legislature passed HB 1143 -- with the House backing it 76-44 and the Senate 23-16. Both are short of the two-thirds necessary to override a gubernatorial veto.

While Crist and abortion advocates erroneously claim the bill forces a woman to view her ultrasound before undergoing an abortion, the text of the bill says women are given the option.

Section 390.0111 of the bill, line 512 states: "The woman has a right to decline to view the ultrasound images after she is informed of her right and offered an opportunity to view them."

Though the measure doesn't require women to see the ultrasound -- it gives them the option -- Crist claimed it did in a recent Tampa Tribune interview.

"On two fronts it disturbs me," Crist said, according to the newspaper. "That you would force a woman to go through this procedure . . . almost seems mean-spirited. To have your government impose on you, listen to a lecture, then on top of that, you have to pay for it."

He said there is "probably not a whole lot" that would convince him to sign House Bill 1143.

Rubio has also urged Crist to sign the bill.

"It is my hope that Governor Crist will come down on the side of life, and sign HB 1143 into law, or at least allow it to become law without his signature," Rubio said in a statement LifeNews.com received. "This commonsense measure is a small but important step toward providing women with vital information during perhaps the most critical healthcare decision they will ever make."

In 2006, there were 95,586 abortions performed in Florida.

ACTION: Contact Governor Crist: Phone: 850-488-7146, Fax 850-487-0801, or write him at Charlie.Crist@MyFlorida.com

POSTED BY ROLL CALL AMERICA AT 3:00 AM 0 COMMENTS
LABELS: CHARLIE CRIST, ROLL CALL AMERICA

THURSDAY, JUNE 17, 2010

## Exposing Our Friends To A Lynch Mob

Louis Charbonneau

(Reuters) - Under President Barack Obama, the United States no longer provides Israel with automatic support at the United Nations where the Jewish state faces a constant barrage of criticism and condemnation.



The subtle but noticeable shift in the U.S. approach to its Middle East ally comes amid what some analysts describe as one of the most serious crises in U.S.-Israeli relations in years.

Under Obama, the United States seeks to reclaim its role as an impartial Middle East peace broker which critics say it lost during the previous administration of George W. Bush.

"Israel became used to unconditional support of the United States during eight years of the Bush administration," said Marina Ottaway, director of the Middle East Program at the Carnegie Endowment for International Peace in Washington.

She said Bush's "extreme position" makes even mild criticism appear dramatic to Israeli Prime Minister Benjamin Netanyahu and his cabinet.

However, Washington continues to block what it sees as efforts to use the United Nations as a forum for bashing Israel -- which one U.S. official told Reuters was "nine out of 10 initiatives regarding Israel in New York."

Obama has also pushed hard to get a fourth round of U.N. Security Council sanctions against Tehran over its nuclear program, which Israel sees as its top security threats. A vote on new Iran sanctions is expected this week.

"There have been slight changes (in U.S.-Israeli ties), but they've caused a disproportionate reaction on the part of Israel," said Ottaway. "We haven't seen any drastic changes."

Last week the United States backed a Security Council statement on Israel's commando raid on an aid flotilla that tried to break Israel's blockade of the Gaza Strip. Nine people on one of the ships were killed in the action.

The statement regretted the loss of life and demanded a "prompt, impartial, credible and transparent investigation conforming to international standards.

Washington, U.N. diplomats and U.S. officials said, worked hard to dilute the text so the 15-nation council did not call for an independent investigation and to ensure it did not explicitly criticize Israel.

UNITED NATIONS "LYNCH MOB"?

Israel was still unhappy with the statement and its supporters accused Obama of abandoning the Jewish state.

In an article called "Joining the jackals," Elliott Abrams, who advised two Republican administrations and is now at the Council on Foreign Relations, accused Obama of exposing Israel to a virtual U.N. "lynch mob."

"The White House did not wish to stand with Israel against this mob because it does not have a policy of solidarity with Israel," Abrams said. "Rather, its policy is one of distancing and pressure."

Abrams also criticized the White House over the recent five-year review conference of signatories to the 1970 nuclear Non-Proliferation Treaty (NPT) that Israel, like nuclear-armed Pakistan and India, has never signed.

Washington backed a call for a 2012 meeting of all countries in the Middle East to discuss making the region a zone free of nuclear and other weapons of mass destruction -- a plan originally proposed by Egypt with Arab backing to add pressure on Israel to give up its nuclear weapons.

After allowing it to pass, the U.S. delegation criticized the NPT final declaration for "singling out" Israel, which neither confirms nor denies having atomic weapons.

This statement did not satisfy commentators like Abrams, who said Obama had "abandoned Israel in the U.N. and in the NPT conference in the course of one week."

Some analysts say Washington wants to improve ties with Arab nations and regain lost status as a neutral peace arbiter while being careful not to alienate pro-Israel voters.

"During the George W. Bush years, Washington's automatic siding with Israel on any issue seriously eroded what had been America's long-standing posture as an honest broker in the Middle East," said Mark Fitzpatrick of the International Institute for Strategic Studies in London.

"Obama has been trying to reclaim that status, while keeping in mind the domestic political need of not being seen as anti-Israel," he said.

Outside the United Nations, analysts say Obama tried to ease strains with Netanyahu after tensions spiked earlier this year over Jewish settlement construction on occupied Palestinian land.

He coaxed Israel into indirect talks with the Palestinians, his biggest tangible achievement in Middle East diplomacy.

But an Israeli official, speaking on condition of anonymity, said the jury is still out on the Obama administration's approach to the Jewish state.

"It's still difficult to decipher the intentions behind the changing U.S. policy at the United Nations, and not just in regard to the Middle East," the official said.

"If the Americans are convinced that, through adopting a softer approach ... they will achieve support from countries that heretofore opposed their policy -- they will discover that they are wrong," the official added.

(Additional reporting by Matt Spetalnick in Washington and Dan Williams in Jerusalem; editing by Alan Elsner)

POSTED BY ROLL CALL AMERICA AT 3:00 AM   0 COMMENTS
LABELS: ANTI-ISRAEL, ISRAEL, ROLL CALL AMERICA, UNITED NATIONS

WEDNESDAY, JUNE 16, 2010

### Nevada: Now the real battle begins

By: Las Vegas Review-Journal

*Race must be about Obama-Reid agenda*

As the votes rolled in Tuesday evening it became apparent that Nevada's consummate conservative outsider, the former six-year Northern Nevada assemblywoman who used her own money to fight the state Supreme Court's appalling "Guinn v. Legislature" tax-hike decision through the courts, the woman whose anti-spending positions often put her on the losing side of votes tallied "41-to-Angle," Sharron Angle was going to win the right to challenge unpopular Democratic U.S. Sen. Harry Reid this fall.

Casino owner and former state Sen. Sue Lowden was the early front-runner. National Republicans anxious



for a credible Reid challenger found instant true love with the attractive former TV newscaster, beauty queen, and USO showgirl, now a successful casino executive who carried herself well and her hefty family checkbook even better.

But in a three-way race, as famous coach's son Danny Tarkanian pounded his demand to cut off all benefits for illegal immigrants, Ms. Lowden's more moderate positions looked pale. Ms. Lowden said there were some parts of the Obamacare socialized medicine scheme we should keep -- another bowl of lukewarm oatmeal offered to frustrated conservatives in search of red meat.

As Ms. Angle piled up endorsements from the Tea Party Express and Gun Owners of America, it often seemed Ms. Lowden was running a moderate Republican campaign better suited to the last century than to a recession-wracked nation seeking a firebrand to rally the forces of freedom against the Obamanation.

In the end, the Angle surge is the best evidence yet that the "Tea Party" phenomenon is real.

Will this newfound constitutional and philosophical rigor mobilize the troops and carry the GOP to victory in November? Now comes a crucial month. Harry Reid -- the real career politician -- is doubtless chafing at the bit to condemn Ms. Angle as a "budget cutter with an ax," liable to close down whole federal departments, starting with the federal Department of Education.

Which is exactly what she was nominated for.

Handed a silver coin at the conclusion of her victory speech, Ms. Angle said "This is what we've got to get back to -- a dollar that is solid and based on solid Nevada silver."

What, instead of melt-in-your-hand Federal Reserve Notes?

It's a new day in America. Americans have seen the ravenous, job-destroying far-left "bailout" agenda uncaged, and they don't like it. Now is not the time to go on the defensive. In fact, it's the Democrats who have to constantly change the subject, who dare not advance their current agenda in straightforward terms, lest they be laughed out of town.

Ms. Angle's task is to tie Mr. Reid to the Barack Obama agenda he's been marshaling through the Congress for the past year and a half. That should now be the subject of debate.

POSTED BY ROLL CALL AMERICA AT 3:00 AM   0 COMMENTS
LABELS: DANNY TARKANIAN, HARRY REID, ROLL CALL AMERICA, SHARRON ANGLE, SUE LOWDEN

TUESDAY, JUNE 15, 2010

Clogging Washington's Biggest Mouths

By: Nikki Schwab and Tara Palmeri
Washington Examiner

Since BP bought up some of Washington's biggest pundits to clean up their image, things are getting sticky. Television bookers are strapped for guests, we hear, and conflicts of interest have cropped up.

Take John Feehery. He frequently appears on CNN and MSNBC, but has been working on BP's account for two weeks with the Brunswick Group. When he appeared on MSNBC's "The Ed [Schultz] Show" on June 1, the BP story was discussed on the show. Feehery said he'd "like the administration to focus on plugging the damn hole," and was identified as a Republican strategist.

He told Yeas & Nays the BP story was a late edition to the show's lineup.



"I didn't think we were going to talk about the issue," he said. "I should have said something, and I regret that I didn't, but my message then wasn't approved by BP, nor was it a BP message, nor did I think of BP when I said it," he added. MSNBC did not respond to a request for comment.

Hilary Rosen, who works at the Brunswick Group (but not on BP's account), also has had some issues. Because of Rosen's ties with the oil company, she had to cut ties with the Huffington Post last week, where she held an editorial position, and hasn't appeared on CNN, where she is a contributor, in weeks. Rosen wouldn't comment on the record.

CNN contributor Alex Castellanos' and political commentator Steve McMahon's communications firm Purple Strategies also has been hired to take care of some of the post-oil spill public relations mess, BP confirmed.

To deal with the situation, CNN is keeping its oil connections off the topic of oil.

"Both Alex and Hilary are contributors used primarily to comment on political issues, and they are not being used to discuss the oil disaster story," CNN spokeswoman Edie Emery said.

As for CBS, spokesperson Jeff Ballabon told Yeas & Nays "Our policy in this case, as in others where a compensated spokesperson is involved, is to identify and disclose the individual's relevant interests." BP Chief Executive Officer Tony Hayward and BP Cheif Operating Officer Doug Suttles have appeared on their programming.

ABC and Fox News Channel said this hasn't been an issue. NBC did not respond to a request for comment by press time.

POSTED BY ROLL CALL AMERICA AT 3:00 AM    0 COMMENTS
LABELS: BP, BRUNSWICK GROUP, HILARY ROSEN, JOHN FEEHERY, PURPLE STRATEGIES, ROLL CALL AMERICA

MONDAY, JUNE 14, 2010

## What Helen Thomas Missed

By Richard Cohen

Ah, another teachable moment!

This one comes to us from Helen Thomas, the longtime White House reporter and columnist who announced her retirement on Monday. Thomas, of Lebanese ancestry and almost 90, has never been shy about her anti-Israel views, for which, as far as I'm concerned, she is both wrong and entitled. Then the other day, she performed a notable public service by revealing how very little she knew. Asked if she had any comments about Israel, Thomas said, "Tell them to get the hell out of Palestine. ... Go home. Poland. Germany. And America and everywhere else."



Well, I don't know about "everywhere else," but after World War II, many Jews did attempt to "go home" to Poland. This resulted in the murder of about 1,500 of them -- killed not by Nazis but by Poles, either out of sheer ethnic hatred or fear they would lose their (stolen) homes.

The mini-Holocaust that followed the Holocaust itself is not well-known anymore, but it played an outsized role in the establishment of the state of Israel. It was the plight of Jews consigned to Displaced Persons camps in Europe that both moved and outraged President Truman, who supported Jewish immigration to Palestine and, when

the time came, the new state itself. Something had to be done for the Jews of Europe. They were still being murdered.

In the Polish city of Kielce, on July 4, 1946 -- more than a year after the end of the war -- rumors of a Jewish ritual murder triggered a pogrom in which 42 Jews were killed. All were Holocaust survivors. The Kielce murders were not, by any means, the sole example of why Jews could not "go home." When I visited the Polish city where my mother had been born, Ostroleka, I was told of a Jew who survived Auschwitz only to be murdered when he tried to reclaim his business. In much of Eastern Europe, Jews feared for their lives.

For that reason, those who had struck out for home soon returned to DP camps and the safety of -- irony of ironies -- Germany. Some of the camps were under the command of Gen. George S. Patton, a great man on the screen, a contemptible bigot in real life. In his diary, Patton confided what he thought of Jews. Others might "believe that the Displaced Person is a human being," Patton wrote, but he knew "he is not." In particular, he whispered to his diary, the Jews "are lower than animals."

The Jews, he felt, had to be kept under armed guard, otherwise they would flee, "spread over the country like locusts," and then have to be rounded up and some of them shot because they had "murdered and pillaged" innocent Germans. All of this is detailed by Allis and Ronald Radosh in their book "A Safe Haven."

For the surviving Jews of Eastern Europe, there was no going home -- and no staying, either. Europe was hostile to them, not in the least appalled or sorry about what had just happened. Even the American military, in the person of the hideous Patton, seemed hostile. For most of the DPs, America was also out of the question. The U.S., in the grip of feverish anti-communism and already unreceptive to immigrants, maintained a tight quota. When the Jewish DPs were polled, an overwhelming majority of them said they wanted to go to Palestine. They knew life would be tough there but they would be among their own people -- and relatively safe.

The Radoshes cite Branda Kalk, a Polish Jew who lost her husband to the Germans in 1942. Along with the rest of her family, she fled east to Russia where they remained until the end of the war, when they returned to Poland. There, a pogrom wiped out what remained of her family. Kalk herself was shot in the eye.

"I want to go to Palestine," Kalk told members of a U.N. investigating committee. "I know the conditions there. But where in the world is it good for the Jew? Sooner or later he is made to suffer. In Palestine, at least, the Jews fight together for their life and their country."

Walt Whitman High School in Bethesda, Md., understandably canceled Thomas' commencement address. It would be wonderful, though, if Thomas could go through with it and tell the graduates what she had learned in recent days. I hardly think it would turn her into a supporter of Israel, but it might lead her to understand why so many others are.

POSTED BY ROLL CALL AMERICA AT 3:00 AM   0 COMMENTS
LABELS: HELEN THOMAS, ROLL CALL AMERICA

SUNDAY, JUNE 13, 2010

## Comedy Central Protects Islam

By Nathan Burchfiel
Culture and Media Institute

It shouldn't surprise anyone that Viacom's Comedy Central is developing an animated show practically designed to offend Christians. But the network's handling of recent controversy over depictions of the Muslim prophet Muhammad illustrates a stark double standard in how the entertainment media deal with issues of religion.



Comedy Central announced it is developing the script for an animated show tentatively titled "JC." According to the network's release, the show is about Jesus Christ "wanting to escape his father's enormous shadow to live life in [New York City] as a regular guy." The announcement described God as "all-

powerful yet apathetic" and said the show would be a "playful take on religion and society with a sprinkle of dumb."

The show promises to stand in sharp contrast to the network's treatment of another religious figure: Muhammad. In 2006, Comedy Central censored a segment of "South Park" that depicted Muhammad. In April of this year, the network added audio bleeps to the second of a two-part episode to cover any mention of the prophet, as well as an end-of-show speech about freedom of expression and giving in to intimidation. The first episode of the story arc featured Mohammad hidden inside a moving truck and a bear costume.

This censorship came in response to a threat from a radical Islamic website, based in the United States, which warned that "South Park" creators would face violent retribution for "insulting" Muhammad by featuring (although not showing him) on the episode.

Just what did the extremists, and the executives at Comedy Central, find so insulting that it warranted censorship? Celebrities and townspeople fight over Muhammad because they believe he possesses a "goo" that makes him immune to ridicule. The voice of Mohammad is heard mumbling from within the moving truck, and a bear costume is used to hide his appearance.

During the very same episode, Buddha is depicted snorting cocaine; Jesus is portrayed as a porn addict; all of the religious leaders participate in a running joke pertaining to oral sex.

It's clear that Mohammed is off limits – and it's just as crystal clear that Jesus Christ and other religious figures remains the juiciest of targets.

POSTED BY ROLL CALL AMERICA AT 3:00 AM   0 COMMENTS
LABELS: COMEDY CENTRAL, ISLAM, JESUS CHRIST, MOHAMMAD, ROLL CALL AMERICA, SOUTH PARK, VIACOM

SATURDAY, JUNE 12, 2010

### Saturday Thought For The Day



Vice President Joe Biden, wrong on virtually every major foreign policy issue since his election to the Senate in 1972, nailed this one: He warned that actors on the international stage would test the new, inexperienced President. He knew that President Barack Obama's enemies would perceive his strength-through-peace (versus peace-through-strength) approach as weakness. They do and are acting accordingly. - Israel Alone By Larry Elder

POSTED BY ROLL CALL AMERICA AT 3:00 AM   0 COMMENTS
LABELS: LARRY ELDER, ROLL CALL AMERICA

Home                                                                 Older Posts

Subscribe to: Posts (Atom)

CONSERVATIVE WEBRING   BY DLPWRITER
© WEBRING INC   << PREV | RING HUB | JOIN | RATE | NEXT >>
POWERED BY WEBRING.

# EXHIBIT 4

# EXHIBIT 4

```
Type of Work:          Text

Registration Number / Date:
                       TX0007181515 / 2010-07-26

Application Title: Now the real battle begins.

Title:                 Now the real battle begins.

Description:           Electronic file (eService)

Copyright Claimant:
                       Righthaven LLC, Transfer: By written agreement.

Date of Creation:  2010

Date of Publication:
                       2010-06-09

Nation of First Publication:
                       United States

Authorship on Application:
                       Stephens Media LLC, employer for hire; Domicile: United
                           States; Citizenship: United States. Authorship: text.

Rights and Permissions:
                       Chief Operating Officer, Righthaven LLC, 9960 West Cheyenne
                           Avenue, Suite 210, Las Vegas, NV, 89129-7701, United
                           States, (702) 527-5900, dbrownell@righthaven.com

Names:                 Stephens Media LLC
                       Righthaven LLC
```

================================================================================